USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/5/2023

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES BERKLAND,<br><br>     Plaintiff,<br><br>vs.<br><br>EMAGIN CORPORATION, JILL J. WITTELS, ERIC BRADDOM, PAUL CRONSON, ELLEN RICHSTONE, ANDREW G. SCULLEY, and STEPHEN SEAY,<br><br>     Defendants. | Case No.: 1:23-cv-05551-GHW<br><br>**MEMORANDUM ENDORSED**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

  Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff James Berkland ("Plaintiff") voluntarily dismisses his claims in the above captioned action without prejudice.  This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: October 5, 2023

              **BRODSKY & SMITH**

           By: *Evan J. Smith*
              Evan J. Smith
              240 Mineola Boulevard
              Mineola, NY  11501
              Phone:  (516) 741-4977

**OF COUNSEL**            Facsimile (561) 741-0626

Douglas Risen
Risen Law, LLC           *Attorneys for Plaintiff*
1900 JFK Blvd., Suite 910
Philadelphia, PA 19103
Phone: 215.201.2824
drisen@comcast.net

Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i).  The Clerk of Court is directed to close this case.

SO ORDERED.

Dated:  October 5, 2023

                  _____
                  GREGORY H. WOODS
                  United States District Judge